# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRYAN MITCHELL

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2022 CW 0644

**AUGUST 29, 2022**

---

In Re:    Bryan Mitchell, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 662250.

---

**BEFORE:    McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

    **WRIT  NOT  CONSIDERED.**  Regarding  an  application  for
supervisory  writs,  the  Uniform  Rules  of  Louisiana  Courts  of
Appeal,  Rule  4-3,  provides  that  "[t]he  return  date  in  civil
cases  shall  not  exceed  30  days  from  the  date  of  notice."  In
this  matter,  notice  of  the  ruling  at  issue  was  mailed  on
December 1, 2021, but the writ application was not filed until
June 9, 2022.  Therefore, this writ application is untimely.

JMM
PMc
GH

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT